Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
Marc A. Collins – Bar #136769
WEINTRAUB & SELTH, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorney for Debtor and Debtor-in-Possession,
YACOOBIAN ENTERPRISES, LP

FILED & ENTERED

OCT 25 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>YACOOBIAN ENTERPRISES, LP,<br><br>Debtor | Case No. 1:10-bk-19542-GM<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER REQUIRING CANICO CAPITAL GROUP, LLC TO PRODUCE DOCUMENTS AND FOR THE PERSON(S) MOST KNOWLEDGEABLE TO APPEAR TO BE EXAMINED PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>[F.R.B.P. Rule 2004(a) and Local Bankruptcy Rule 2004-1]<br><br>Date:<br>Time: [No Hearing Required]<br>Place: |

Upon consideration of the Motion for Order Requiring Canico Capital Group, LLC to Produce Documents and for the Person Most Knowledgeable to Be Examined Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, the Memorandum of Points and Authorities and the Declaration of Daniel J. Weintraub (the "Motion") filed by Yacoobian Enterprises, LP (the "Debtor"), the Court having reviewed the Motion by Debtor Yacoobian Enterprises, LP ("Debtor"), and good cause appearing;

- 1 -

**IT IS HEREBY ORDERED** that:

1. The Person(s) Most Knowledgeable of Canico Capital Group, LLC shall appear for examination concerning all matters set forth in the Motion on November 5, 2010 at 10:00 a.m., and thereafter from day-to-day (excluding Saturdays, Sundays and holidays) until completed, at Weintraub & Selth, APC, located at 11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025, or at such other time and place agreed upon by the parties; and

2. Canico Capital Group, LLC shall deliver to counsel for the Debtor, on or before November 5, 2010 at 10:00 a.m., any and all documents specified in **Exhibit A** to the Motion.

###

DATED: October 25, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document described as ORDER GRANTING DEBTOR'S MOTION FOR ORDER REQUIRING CANICO CAPITAL GROUP, LLC TO PRODUCE DOCUMENTS AND FOR THE PERSON(S) MOST KNOWLEDGEABLE TO APPEAR TO BE EXAMINED PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 14, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  October 14, 2010**,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Canico Capital Group LLC
1000 S. Westgate Ave., #100
Los Angeles, CA 90025

☐   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 14, 2010**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Geraldine Mund, United States Bankruptcy Court, Woodland Hills

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 14, 2010 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4） Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING DEBTOR'S MOTION FOR ORDER REQUIRING CANICO CAPITAL GROUP, LLC TO PRODUCE DOCUMENTS AND FOR THE PERSON(S) MOST KNOWLEDGEABLE TO APPEAR TO BE EXAMINED PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 14, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David I Brownstein    brownsteinlaw@gmail.com
- Ashley M McDow    amcdow@mbnlawyers.com
- Christopher S Reeder    ecfnotices@reederlu.com
- S Margaux Ross    margaux.ross@usdoj.gov
- James R Selth    jim@wsrlaw.net, charles@wsrlaw.net
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Leon L Vickman    lvickman@pacbell.net
- Daniel J Weintraub    dan@wsrlaw.net, charles@wsrlaw.net;erika@wsrlaw.net

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Canico Capital Group LLC
1000 S. Westgate Ave., #100
Los Angeles, CA 90025

☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page