UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re: | § | |
| YACOOBIAN ENTERPRISES LP | § | Case No.  1:10-bk-19542-GM |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David K. Gottlieb, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $1,731,851.95 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $3,210,722.68 | |

3) Total gross receipts of $4,942,574.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,942,574.63 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $249,021.37 | $375,000.00 | $375,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $2,719,908.97 | $2,719,908.97 | $2,719,901.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $1,253,879.11 | $490,821.66 | $490,821.66 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $60,689.21 | $60,689.21 | $60,689.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $0.00 | $2,436,889.66 | $2,261,889.66 | $1,296,162.74 |
| **TOTAL DISBURSEMENTS** | $0.00 | $6,720,388.32 | $5,908,309.50 | $4,942,574.63 |

4) This case was originally filed under chapter 7 on 08/03/2010, and it was converted to chapter 7 on 09/11/2013. The case was pending for 89 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   01/05/2018                          By :   /s/ David K. Gottlieb

                                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Turnover of Funds - Chapter 11 | 1229-000 | $292,261.21 |
| Litigation - Martin C. Yacoobian, Sr. et al v. | 1249-000 | $4,650,313.41 |
| Wells Fargo Bank, N.A. - Closeout of Account | 1290-000 | $0.01 |
| **TOTAL GROSS RECEIPTS** | | $4,942,574.63 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Capello & Noel LLP | 4220-000 | NA | $235,523.38 | $375,000.00 | $375,000.00 |
| 11 | Los Angeles County Treasurer | 4110-000 | NA | $4,437.99 | $0.00 | $0.00 |
| 12 | Los Angeles County Treasurer | 4110-000 | NA | $9,060.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | $0.00 | $249,021.37 | $375,000.00 | $375,000.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | $1,479.00 | $1,479.00 | $1,479.00 |
| PEITZMAN WEG LLP | 3220-000 | NA | $965.55 | $965.55 | $965.55 |
| DAVID K. GOTTLIEB | 2100-000 | NA | $171,527.24 | $171,527.24 | $171,527.24 |
| Robins Kaplan LLP | 3210-000 | NA | $264,796.46 | $264,796.46 | $264,796.46 |
| CROWE HORWATH LLP | 3410-000 | NA | $31,385.70 | $31,385.70 | $31,385.70 |
| CROWE HORWATH LLP | 3420-000 | NA | $83.92 | $83.92 | $83.92 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robins Kaplan LLP | 3220-000 | NA | $1,362.26 | $1,362.26 | $1,362.26 |
| PEITZMAN WEG LLP | 3210-000 | NA | $64,711.50 | $64,711.50 | $64,711.50 |
| DAVID K. GOTTLIEB | 2200-000 | NA | $7.95 | $7.95 | $0.00 |
| ASSOCIATED BANK | 2600-000 | NA | $1,273.48 | $1,273.48 | $1,273.48 |
| EZRA BRUTZKUS GUBNER LLP | 3991-000 | NA | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 |
| EZRA BRUTZKUS GUBNER LLP | 3992-000 | NA | $150,000.00 | $150,000.00 | $150,000.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $3,244.99 | $3,244.99 | $3,244.99 |
| International Sureties LTD | 2300-000 | NA | $253.70 | $253.70 | $253.70 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $714.01 | $714.01 | $714.01 |
| INTERNATIONAL SURETIES,  LTD. | 2300-000 | NA | $584.16 | $584.16 | $584.16 |
| International Sureties, Ltd. | 2300-000 | NA | $342.83 | $342.83 | $342.83 |
| UNION BANK | 2600-000 | NA | $25,544.97 | $25,544.97 | $25,544.97 |
| UNITED RECORDS MANAGEMENT | 2410-000 | NA | $1,631.25 | $1,631.25 | $1,631.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,719,908.97 | $2,719,908.97 | $2,719,901.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CROWE HORWATH LLP | 6420-000 | NA | $171.14 | $63.16 | $63.16 |
| CROWE HORWATH LLP | 6410-000 | NA | $184,565.15 | $68,124.77 | $68,124.77 |
| PEITZMAN WEG LLP | 6220-000 | NA | $14,320.42 | $5,285.81 | $5,285.81 |
| PEITZMAN WEG LLP | 6210-000 | NA | $903,070.87 | $333,332.15 | $333,332.15 |
| WEISS & SPEES, LLP | 6700-000 | NA | $11,857.50 | $5,914.78 | $5,914.78 |
| Weintraub & Selth APC | 6210-000 | NA | $54,961.90 | $27,416.16 | $27,416.16 |
| DAVID K. GOTTLIEB | 6101-000 | NA | $54,284.08 | $20,036.78 | $20,036.78 |
| La City Attys Ofc | 6820-000 | NA | $1,708.27 | $1,708.27 | $1,708.27 |
| Employment Development Department | 6820-000 | NA | $28,939.78 | $28,939.78 | $28,939.78 |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $1,253,879.11 | $490,821.66 | $490,821.66 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14P | La City Attys Ofc | 5800-000 | NA | $725.25 | $725.25 | $725.25 |
| 6P | INTERNAL REVENUE SERVICE | 5800-000 | NA | $59,963.96 | $59,963.96 | $59,963.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $60,689.21 | $60,689.21 | $60,689.21 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6U | INTERNAL REVENUE SERVICE | 7100-000 | NA | $20,171.87 | $20,171.87 | $1,155.16 |
| 5 | Dumaine 9, Llc | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | K.G. Investments Inc | 7100-000 | NA | $200,000.00 | $25,000.00 | $0.00 |
| 4 | K.G. Investments Inc | 7100-001 | NA | NA | NA | $1,431.65 |
| 3 | Yung Kul Choe | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | Ontario Development Partners, | 7100-000 | NA | $300,000.00 | $300,000.00 | $0.00 |
| 2 | Ontario Development Partners, | 7100-001 | NA | NA | NA | $17,179.81 |
| 17 | Sprint Nextel | 7100-000 | NA | $860.35 | $860.35 | $49.27 |
| 15 | Dumaine 9, Llc | 7100-000 | NA | $276,000.00 | $276,000.00 | $0.00 |
| 15 | Dumaine 9, Llc | 7100-001 | NA | NA | NA | $15,805.43 |
| 13 | Sarah A Rustam And Mardi A | 7100-000 | NA | $400,000.00 | $400,000.00 | $22,906.42 |
| 1 | GOLDEN STATE ELEVATOR, INC. | 7100-000 | NA | $2,357.44 | $2,357.44 | $0.00 |
| 1 | GOLDEN STATE ELEVATOR, INC. | 7100-001 | NA | NA | NA | $135.00 |
| | Diane C. Weil, Chap. 7 TTE for | 7100-000 | NA | $325,000.00 | $325,000.00 | $325,000.00 |
| | U.S. District Court, Los Angeles, | 7100-000 | NA | $912,500.00 | $912,500.00 | $912,500.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,436,889.66 | $2,261,889.66 | $1,296,162.74 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: **10-19542** | | Judge: **Geraldine Mund** | | Trustee Name: **David K. Gottlieb** |

Case Name: **YACOOBIAN ENTERPRISES LP**

Date Filed (f) or Converted (c): **09/11/2013 (c)**

341(a) Meeting Date: **11/22/2013**

For Period Ending: **01/05/2018**

Claims Bar Date: **02/20/2014**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Turnover of Funds - Chapter 11 (u) | 0.00 | 292,261.21 | | 292,261.21 | FA |
| 2. | Litigation - Martin C. Yacoobian, Sr. et al v. (u)<br>Bruce Givner, et al (Case No. BC 244254) for Breach of Fiduciary Duty | Unknown | 4,600,000.00 | | 4,650,313.41 | FA |
| 3. | Wells Fargo Bank, N.A. - Closeout of Account (u) | 0.00 | 0.01 | | 0.01 | FA |
| 4. | 117 Acres of Raw Land in Acton, CA<br>Asset administered in Chapter 11 case. | 500,000.00 | 0.00 | | 0.00 | FA |
| 5. | Three Residential Hotels in Downtown Los Angeles,<br>The Baltimore, 501 S. Los Angeles St., Los Angeles, CA ;The King Edward, 121 East 5th St., Los Angeles, CA ;The Leland, 116 1/2 East 5th St., Los Angeles, CA;Asset administered in Chapter 11 case. | 17,250,000.00 | 8,300,000.00 | | 0.00 | FA |
| 6. | Manufacturer's Bank General Account - 7000049462<br>Asset administered in Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 7. | Manufacturer's Bank - Leland Account - 700049845<br>Asset administered in the Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 8. | Manufacturer's Bank Payroll Account - 7000049551<br>Asset administered in Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 9. | Dressers, chairs, tables, mattresses, linens<br>Asset administered in Chapter 11 case. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 10. | Promissory Note from Athens Enterprises<br>secured by All Inclusive Trust Deed in the Face Amount of $1,000,000 (with approximately $1,000,000 or senior debt).  Asset administered in Chapter 11 case. | Unknown | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:  10-19542** | **Judge:  Geraldine Mund** | **Trustee Name:  David K. Gottlieb** |
| **Case Name:  YACOOBIAN ENTERPRISES LP** | | **Date Filed (f) or Converted (c):  09/11/2013 (c)** |
| | | **341(a) Meeting Date:  11/22/2013** |
| **For Period Ending:  01/05/2018** | | **Claims Bar Date:  02/20/2014** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| **TOTALS (Excluding Unknown Values)** | 17,760,000.00 | 13,202,261.22 | | 4,942,574.63 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**STATUS AS OF 6/30/2016:**

**Asset#2:** On or about October 22, 2009, Martin C. Yacoobian, Sr., Bertha Ann Yacoobian, Martin C. Yacoobian, Jr., Yacoobian Enterprises, LP, Yacoobian Enterprises, Inc., and Martin C. Yacoobian, Jr., in his capacity as the trustee of the Yacoobian Family Trust dated July 12, 1982, the trustee of the MCY III Trust dated July 11, 1996, the trustee of the MCY III 2007 Trust, and the trustee of the Martin Charles Yacoobian III Trust (collectively, the "Yacoobian Parties") filed a complaint in the Superior Court for the State of California, County of Los Angeles (the "Superior Court"), against Bruce Givner, Bruce Givner, A Professional Corporation, Owen Kaye, Givner & Kaye, A Professional Corporation, Simon Singer, The Advisor Consulting Group, Randel Perkins, Randel Perkins Insurance Services, Inc. and Private Advisory Group, Inc. (collectively, the "Defendants") and ING-Sec. Life of Denver Insurance Co., Hartford Life Insurance Co., Lincoln Benefit Insurance Co., John Hancock Insurance Co., Principal Life Insurance Co., Pruco Life Insurance Co. and Transamerica Financial Life Insurance Co. (collectively, the "Insurance Companies") styled Yacoobian, et al. v. Givner, et al., Case No. 424254 (the "Action").

The causes of action set forth in the complaint filed in the Action arise out of and relate to allegations regarding the Defendants' performance of their duties as attorneys and insurance brokers in the planning and implementing of an estate plan and life insurance program(s) for the Yacoobian Parties. The Defendants and the Insurance Companies deny the Yacoobian Parties' claims and allegations.

On August 3, 2010, one of the Yacoobian Parties, Yacoobian Enterprises, LP (the "Debtor"), filed a voluntary chapter 11 bankruptcy petition, Case No. 1:10-bk-19542-GM, which is pending before the above-entitled Court (the "Bankruptcy Court"). Thereafter, David K. Gottlieb ("Gottlieb" or the "Trustee") was appointed as chapter 11 trustee in the case. The case was later converted to chapter 7, and Gottlieb was appointed as chapter 7 trustee in the case.

On February 17, 2011, another of the Yacoobian Parties, Martin Yacoobian, Jr., filed a voluntary chapter 7 bankruptcy petition, Case No. 1:11-bk-12040-GM, which case is pending in the Bankruptcy Court. Diane Weil was appointed as chapter 7 trustee ("Weil") in the case.

On or around July 6, 2012, the Yacoobian Parties and Gottlieb and Weil (jointly, the "Trustees") entered into an agreement (the "Trustees' Settlement Agreement") pursuant to which the Trustees and the Yacoobian Parties agreed to resolve various issues among and between the Trustees and the Yacoobian Parties, which included, among other things, (a) management and control of the Action, and (b) authority for settlement and the division of any recovery from the Action. The Bankruptcy court approved the Trustees' Settlement Agreement by orders entered on October 17, 2012.

After the filing of the Action, the Superior Court bifurcated the Action, and ordered the Yacoobian Parties and the Defendants to arbitration. The arbitration was to take place before the Hon. John Wagner (Ret.) of Judicate West, Case No. JW A179976-7 (the "Arbitration"). The Arbitration was originally set to commence on April 13, 2013, but was continued from time to time so that the parties could, among other things, engage in settlement

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Case No:** 10-19542          **Judge:** Geraldine Mund          **Trustee Name:** David K. Gottlieb

**Case Name:** YACOOBIAN ENTERPRISES LP          **Date Filed (f) or Converted (c):** 09/11/2013 (c)

          **341(a) Meeting Date:** 11/22/2013

**For Period Ending:** 01/05/2018          **Claims Bar Date:** 02/20/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

negotiations and mediations. The continued Arbitration was scheduled to commence on or about July 28, 2014.

Thereafter, the parties participated in a mediation on May 13, 2014, before the Hon. Louis Meisinger (Ret.). As a result of the mediation, the parties reached a settlement in principal, subject to documentation and approval by the Bankruptcy Court. Among other things, the settlement would provides that the Action would be dismissed in exchange for payment of $4.65 million by the Defendants and the Insurance Companies to the Yacoobian Parties and the Trustees. Over the next several months, the parties attempted to negotiate the terms of a settlement agreement (the "Settlement Agreement").

Subsequent to the mediation, several entities and individuals asserted liens and claims against the settlement proceeds, contending that their claims should be paid in preference to other creditors. The Trustee attempted to compromise on the issues presented by the alleged lien claimants, but the negotiations reached an impasse. The Defendants and the Insurance Companies were not willing to sign the Settlement Agreement out of fear that they would incur liability for distributing the settlement proceeds without agreement from the alleged lien claimants or a judicial determination of the rights of the alleged lien claimants.

On March 13, 2015, the Trustee filed an adversary proceeding in the bankruptcy court against, among others, the alleged lien claimants, the Defendants, and the Insurance Companies seeking declaratory relief regarding the alleged lien claimants' right to participate in the distribution of the settlement proceeds and objecting to claims asserted in the Bankruptcy Case by the alleged lien claimants. (Adversary Case No. 1:11-bk-12040-GM) (the "Declaratory Relief Action"). Certain of the defendants in the Declaratory Relief Action have filed answers. Certain of the defendants consented to the relief requested and were dismissed from the Declaratory Relief Action. And, defaults were entered against certain of the defendants.

The parties to the Action finalized the Settlement Agreement and negotiated a stipulation setting forth procedures for approval of the Settlement Agreement and distribution of the settlement proceeds. Among other things, the stipulation provided that upon approval of the Settlement Agreement and related motions by the Bankruptcy Court, the $4.65 million settlement would be paid directly to the Bankruptcy Court as a constructive payment to the Trustee. From the amounts deposited with the Bankruptcy Court, the Trustee and Weil would receive their respective estate's share of the settlement proceeds and Ezra Brutzkus Gubner LLP would receive a portion of the amounts owed to Ezra Brutzkus Gubner LLP. The balance of the settlement proceeds would be held by the Bankruptcy Court until the rights of the remaining Yacoobian Parties, Ezra Brutzkus Gubner LLP and the alleged lien claimants could be determined.

On January 19, 2016, the Bankruptcy Court entered the following orders in the adversary proceeding the Trustee filed to resolve the distribution of the settlement proceeds: (a) Order Granting Motion for Order Approving State Court Action Settlement Agreement Pursuant to FRBP 9019 [Docket 610] (Doc. 676)
 (b) Order Determining Settlement of State Court Action To Be In Good Faith Cal. Code Civ. Proc. 877.6 [Docket 611] (Doc 677)
 (c) Order Granting Motion For Order Approving Partial Settlemetn of the Dec. Relief Action And Full Settlement Of The Related Cross-Complaint And Related Counter-Complaint Pursuant to FRBP 9010 [Docket 612] (Doc 678)
 (d) Order Determining Partial Settlement Of Dec. Relief Action And Full Settlement of Of The Related Cross-Complaint And Counter-Complaint To Be In Good Faith Cal. Code Div. P. 877.6 [Docket 613] (Doc.679)
 (d) Order On Ezra Brutzkus Gubner LLP'S Motion For Summary Judgment Or In The Alternative Summary Adjudication [Docket #152} And Cappello & Noel LLP'S Joint Opposition And Affirmative Motion For Summary Judgment Or Adjudication Against All Parties To The Declaratory Relief Action [Docket # 161] (Doc 201)
 and (e) Order Directing Deposit Of Funds With The Court (Doc 680).

The Orders entered on January 19, 2016 resolved the Trustee's interests in the $4.65 settlement proceeds from the state court litigation and accompanying arbitration. Accordingly, on February 26, 2016, the Court entered its Order Approving Distribution Of State Court Settlement Proceeds To Trustee David Gottlieb Pursuant To Court Approved Trustees' Settlement Agreement (Doc 692). On April 18, 2016, the Court entered its Order

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:  10-19542** | |
| **Case Name:  YACOOBIAN ENTERPRISES LP** | |
| **For Period Ending:  01/05/2018** | |

| | |
|---|---|
| **Judge:  Geraldine Mund** | |

| | |
|---|---|
| **Trustee Name:  David K. Gottlieb** | |
| **Date Filed (f) or Converted (c):  09/11/2013 (c)** | |
| **341(a) Meeting Date:  11/22/2013** | |
| **Claims Bar Date:  02/20/2014** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Dismissing Bertha Ann Yacoobian's Counter-Complaint/Third Party Complaint Pursuant To Settlement (Doc 237).

Based on the Orders described above, $3,737,813.41 of the $4, 650,000 of settlement proceeds were distributed, with the Yacoobian Enterprises, LP estate receiving $887,500. The balance of the settlement proceeds, $912,500.00, remained on deposit with the Court for adjudication of the rights of the third parties making claim to those funds.

On June 7, 2016, the Court entered its Judgment And Order Granting Summary Judgment In Favor Of: Robert Mannheim, Individually, And As Manager Of Hilton Domestic Holdings Company, LLC, A Nevada Limited Liability Company, And Philip D. Henius And Joe Amato And Against [The Remaining Defendants] (Doc 259). This Judgment resolved the remaining issues in the declaratory relief action, and provided for the distribution of the $912,500.00 that remained on deposit with the Court.

Other than cash in the approximate amount of $1,156,536.07, there are no other assets in this estate to administer.

Claims: The Trustee has begun his claims review.

Taxes: Trustee's accountants are preparing final estate returns.

The Trustee did not submit his TFR by the previously reported TFR date because his accountants are preparing final estate returns.

Current Projected TFR Date: 12/31/2016.


STATUS AS OF 6/30/2015:

Asset#2: On or about October 22, 2009, Martin C. Yacoobian, Sr., Bertha Ann Yacoobian, Martin C. Yacoobian, Jr., Yacoobian Enterprises, LP, Yacoobian Enterprises, Inc., and Martin C. Yacoobian, Jr., in his capacity as the trustee of the Yacoobian Family Trust dated July 12, 1982, the trustee of the MCY III dated July 11, 1996, the trustee of the MCY 2007 Trust, and the trustee of the Martin Charles Yacoobian III Trust (collectively, the "Yacoobian Parties") filed a complaint in the Superior Court for the State of California, County of Los Angeles (the "Superior Court"), against Bruce Givner, Bruce Givner, A Professional Corporation, Owen Kaye, Givner & Kaye, A Professional Corporation, Simon Singer, The Advisor Consulting Group, Randel Perkins, Randel Perkins Insurance Services, Inc. and Private Advisory Group, Inc. (collectively, the "Defendants") and ING-Sec. Life of Denver Insurance Co., Hartford Life Insurance Co., Lincoln Benefit Insurance Co., John Hancock Insurance Co., Principal Life Insurance Co., Pruco Life Insurance Co. and Transamerica Financial Life Insurance Co. (collectively, the "Insurance Companies"), styled Yacoobian, et al. v. Givner, et al., Case No. 424254 (the "Action").

The causes of action set forth in the complaint filed in the Action arise out of and relate to allegations regarding the Defendants' performance of their duties as attorneys and insurance brokers in the planning and implementing of an estate plan and life insurance program(s) for the Yacoobian Parties. The Defendants and the Insurance Companies deny the Yacoobian Parties' claims and allegations.

On August 3, 2010, one of the Yacoobian Parties, Yacoobian Enterprises, LP (the "Debtor"), filed a voluntary chapter 11 bankruptcy petition, Case No. 1:10-bk-19542-GM, which is pending before the above-entitled Court (the "Bankruptcy Court"). Thereafter, David K. Gottlieb ("Gottlieb" or the "Trustee") was appointed as chapter 11 trustee in the case. The case was later converted to chapter 7, and Gottlieb was appointed as chapter 7

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:  **10-19542**

Case Name:  **YACOOBIAN ENTERPRISES LP**

For Period Ending:  **01/05/2018**

Judge:  **Geraldine Mund**

Trustee Name:  **David K. Gottlieb**

Date Filed (f) or Converted (c):  **09/11/2013 (c)**

341(a) Meeting Date:  **11/22/2013**

Claims Bar Date:  **02/20/2014**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

trustee in the case.

On February 17, 2011, another of the Yacoobian Parties, Martin Yacoobian, Jr., filed a voluntary chapter 7 bankruptcy petition, Case No. 1:11-bk-12040-GM, which case is pending in the Bankruptcy Court. Diane Weil was appointed as chapter 7 trustee ("Weil") in the case.

On or around July 6, 2012, the Yacoobian Parties and Gottlieb and Weil (jointly, the "Trustees") entered into an agreement (the "Trustees' Settlement Agreement") pursuant to which the Trustees and the Yacoobian Parties agreed to resolve various issues among and between the Trustees and the Yacoobian Parties, which included, among other things, (a) management and control of the Action, and (b) authority for settlement and the division of any recovery from the Action. The Bankruptcy court approved the Trustees' Settlement Agreement by orders entered on October 17, 2012.

After the filing of the Action, the Superior Court bifurcated the Action, and ordered the Yacoobian Parties and the Defendants to arbitration. The arbitration was to take place before the Hon. John Wagner (Ret.) of Judicate West, Case No. JW A179976-7 (the "Arbitration"). The Arbitration was originally set to commence on April 13, 2013, but was continued from time to time so that the parties could, among other things, engage in settlement negotiations and mediations. The continued Arbitration was scheduled to commence on or about July 28, 2014.

Thereafter, the parties participated in a mediation on May 13, 2014, before the Hon. Louis Meisinger (Ret.). As a result of the mediation, the parties reached a settlement in principal, subject to documentation and approval by the Bankruptcy Court. Among other things, the settlement would provides that the Action would be dismissed in exchange for payment of $4.65 million by the Defendants and the Insurance Companies to the Yacoobian Parties and the Trustees. Over the several months, the parties attempted to negotiate the terms of a settlement agreement (the "Settlement Agreement").

Subsequent to the mediation, several entities and individuals asserted liens and claims against the settlement proceeds, contending that their claims should be paid in preference to other creditors. The Trustee attempted to compromise on the issues presented by the alleged lien claimants, but the negotiations reached an impasse. The Defendants and the Insurance Companies were not willing to sign the Settlement Agreement out of fear that they would incur liability for distributing the settlement proceeds without agreement from the alleged lien claimants or a judicial determination of the rights of the alleged lien claimants.

On March 13, 2015, the Trustee filed an adversary proceeding in the bankruptcy court against, among others, the alleged lien claimants, the Defendants, and the Insurance Companies seeking declaratory relief regarding the alleged lien claimants' right to participate in the distribution of the settlement proceeds and objecting to claims asserted in the Bankruptcy Case by the alleged lien claimants. (Adversary Case No. 1:11-bk-12040-GM) (the "Declaratory Relief Action"). Certain of the defendants in the Declaratory Relief Action have filed answers. Certain of the defendants consented to the relief requested and were dismissed from the Declaratory Relief Action. And, defaults were entered against certain of the defendants.

The parties to the Action are now finalizing the Settlement Agreement and negotiating a stipulation setting forth procedures for approval of the Settlement Agreement and distribution of the settlement proceeds. Among other things, the stipulation provides that upon approval of the Settlement Agreement and related motions by the Bankruptcy Court, the $4.65 million settlement would be paid directly to the Bankruptcy Court as a constructive payment to the Trustee. From the amounts deposited with the Bankruptcy Court, the Trustee and Weil would receive their respective estate's share of the settlement proceeds and Ezra Brutzkus Gubner LLP would receive a portion of the amounts owed to Ezra Brutzkus Gubner LLP. The balance of the settlement proceeds would be held by the Bankruptcy Court until the rights of the remaining Yacoobian Parties, Ezra Brutzkus Gubner LLP and the alleged lien claimants could be determined.

Claims: The Trustee has begun his claims review.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No:  10-19542                    Judge:  Geraldine Mund                    Trustee Name:  David K. Gottlieb

Case Name:  YACOOBIAN ENTERPRISES LP                    Date Filed (f) or Converted (c):  09/11/2013 (c)

341(a) Meeting Date:  11/22/2013

For Period Ending:  01/05/2018                    Claims Bar Date:  02/20/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Taxes: Trustee's accountants will prepare estate returns upon receipt of the settlement funds.

The Trustee anticipates submitting his TFR by the previously reported Projected TFR date of 6/30/2016.


STATUS AS OF 6/30/2014:

Professionals:
Order granting application to employ Peitzman Weg LLP as general counsel was entered on 10/31/2013
Order grainting application to employ Crowe Horwath LLP as accountants was entered on 11/8/2013
Order granting application to employ Ezra Brutzkus Gubner LLP as speacial litigation counsel was entered on 12/5/2013

Asset#2: On or about October 22, 2009, Martin C. Yacoobian, Sr., Bertha Ann Yacoobian, Martin C. Yacoobian, Jr., Yacoobian Enterprises, LP, Yacoobian Enterprises, Inc., and Martin C. Yacoobian, Jr., in his capacity as the trustee of the Yacoobian Family Trust dated July 12, 1982, the trustee of the MCY III Trust dated July 11, 1996, the trustee of the MCY III 2007 Trust, and the trustee of the Martin Charles Yacoobian III Trust (collectively, the "Yacoobian Parties") filed a complaint in the Superior Court for the State of California, County of Los Angeles (the "Superior Court"), against Bruce Givner, Bruce Givner, A Professional Corporation, Owen Kaye, Givner & Kaye, A Professional Corporation, Simon Singer, The Advisor Consulting Group, Randel Perkins, Randel Perkins Insurance Services, Inc. and Private Advisory Group, Inc. (collectively, the "Defendants") and ING-Sec. Life of Denver Insurance Co., Hartford Life Insurance Co., Lincoln Benefit Insurance Co., John Hancock Insurance Co., Principal Life Insurance Co., Pruco Life Insurance Co. and Transamerica Financial Life Insurance Co. (collectively, the "Insurance Companies"), styled Yacoobian, et al. v. Givner, et al., Case No. 424254 (the "Action").

The causes of action set forth in the complaint filed in the Action arise out of and relate to allegations regarding the Defendants' performance of their duties as attorneys and insurance brokers in the planning and implementing of an estate plan and life insurance program(s) for the Yacoobian Parties. The Defendants and the Insurance Companies deny the Yacoobian Parties' claims and allegations.

On August 3, 2010, one of the Yacoobian Parties, Yacoobian Enterprises, LP (the "Debtor"), filed a voluntary chapter 11 bankruptcy petition, Case No. 1:10-bk-19542-GM, which is pending before the above-entitled Court (the "Bankruptcy Court"). Thereafter, David K. Gottlieb ("Gottlieb" or the "Trustee") was appointed as chapter 11 trustee in the case. The case was later converted to chapter 7, and Gottlieb was appointed as chapter 7 trustee in the case.

On February 17, 2011, another of the Yacoobian Parties, Martin Yacoobian, Jr., filed a voluntary chapter 7 bankruptcy petition, Case No. 1:11-bk-12040-GM, which case is pending in the Bankruptcy Court. Diane Weil was appointed as chapter 7 trustee ("Weil") in the case.

On or around July 6, 2012, the Yacoobian Parties and Gottlieb and Weil (jointly, the "Trustees") entered into an agreement (the "Trustees' Settlement Agreement") pursuant to which the Trustees and the Yacoobian Parties agreed to resolve various issues among and between the Trustees and the Yacoobian Parties, which included, among other things, (a) management and control of the Action, and (b) authority for settlement and the division of any recovery from the Action. The Bankruptcy court approved the Trustees' Settlement Agreement by orders entered on October 17, 2012.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **10-19542**

Case Name: **YACOOBIAN ENTERPRISES LP**

For Period Ending: **01/05/2018**

Judge: **Geraldine Mund**

Trustee Name: **David K. Gottlieb**
Date Filed (f) or Converted (c): **09/11/2013 (c)**
341(a) Meeting Date: **11/22/2013**
Claims Bar Date: **02/20/2014**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

After the filing of the Action, the Superior Court bifurcated the Action, and ordered the Yacoobian Parties and the Defendants to arbitration. The arbitration was to take place before the Hon. John Wagner (Ret.) of Judicate West, Case No. JW A179976-7 (the "Arbitration"). The Arbitration was originally set to commence on April 13, 2013, but was continued from time to time so that the parties could, among other things, engage in settlement negotiations and mediations. The continued Arbitration was scheduled to commence on or about July 28, 2014.

As a result of mediation of the Action, in June 2014, pursuant to the Trustees' Settlement Agreement and order of the Bankruptcy Court, Gottlieb, on behalf of the Trustees and the Yacoobian Parties, reached a resolution of the Action, including the Arbitration, with the Defendants, subject to documentation and Bankruptcy Court approval. The Trustee will seek approval of the settlement in the Debtor's bankruptcy case and in the Martin Yacoobian bankruptcy case pursuant to a motion under Federal Rule of Bankruptcy Procedure 9019. If the settlement is approved and becomes effective, subject to the terms of the settlement, the Action, including the Arbitration, will be dismissed with prejudice. Any anticipated recovery to the Debtor's estate resulting from the settlement shall be in accordance with the terms of the Trustees' Settlement Agreement and orders of the Bankruptcy Court.

Taxes: Trustee's accountants will prepare and file estate returns.
 [Anna Kuras 2014-08-14 05:00:00]

Initial Projected Date of Final Report(TFR) : 05/31/2015          Current Projected Date of Final Report(TFR) : 03/31/2017

Trustee's Signature          /s/David K. Gottlieb          Date: 01/05/2018
                             David K. Gottlieb
                             17000 Ventura Blvd
                             Suite 300
                             Encino, CA 91316
                             Phone : (818) 539-7720

**FORM 3**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | **10-19542** | | | Trustee Name: | **David K. Gottlieb** |
|---|---|---|---|---|---|
| Case Name: | **YACOOBIAN ENTERPRISES LP** | | | Bank Name: | **Associated Bank** |
| | | | | Account Number/CD#: | ********2971 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*7988** | | | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: | **1/5/2018** | | | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/01/2013 | [1] | ENTERPRISES LP, YACOOBIAN | Turnover of funds from Chapter 11 B<br>Turnover of funds from Chapter 11 B | 1229-000 | 292,216.21 | | 292,216.21 |
| 10/14/2013 | [1] | ENTERPRISES, YACOOBIAN | Turnover of funds from Chapter 11<br>Bank account | 1229-000 | 45.00 | | 292,261.21 |
| 10/31/2013 | [3] | WELLS FARGO BANK, N.A. | Funds from closure of account numbe<br>r ending in 7243 | 1290-000 | 0.01 | | 292,261.22 |
| 11/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 420.35 | 291,840.87 |
| 12/06/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 419.89 | 291,420.98 |
| 01/08/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 433.24 | 290,987.74 |
| 01/15/2014 | 100001 | INTERNATIONAL SURETIES,  LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS , LA 70139 | INCREASE BLANKET BOND | 2300-000 | | 533.22 | 290,454.52 |
| 02/03/2014 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 290,454.52 | 0.00 |
| | | | Page Subtotals | | 292,261.22 | 292,261.22 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **10-19542** | |
| Case Name: **YACOOBIAN ENTERPRISES LP** | |
| | |
| Taxpayer ID No: **\*\*-\*\*\*7988** | |
| For Period Ending: **1/5/2018** | |

| | |
|---|---|
| Trustee Name: **David K. Gottlieb** | |
| Bank Name: **Associated Bank** | |
| Account Number/CD#: **\*\*\*\*\*\*2971 Checking Account** | |
| Blanket bond (per case limit): **5,000,000.00** | |
| Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |
| | | | **COLUMN TOTALS** | | 292,261.22 | 292,261.22 | |
| | | | Less:Bank Transfer/CD's | | 0.00 | 290,454.52 | |
| | | | **SUBTOTALS** | | 292,261.22 | 1,806.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **Net** | | 292,261.22 | 1,806.70 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 10-19542 | **Trustee Name:** David K. Gottlieb | |
| **Case Name:** YACOOBIAN ENTERPRISES LP | **Bank Name:** Union Bank | |
| | **Account Number/CD#:** ******8578 Checking Account | |
| **Taxpayer ID No:** **-***7988 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 1/5/2018 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/03/2014 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 290,454.52 | | 290,454.52 |
| 02/13/2014 | 200001 | INTERNATIONAL SURETIES,  LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | INCREASE BOND | 2300-000 | | 50.94 | 290,403.58 |
| 03/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 362.05 | 290,041.53 |
| 04/10/2014 | 200002 | FRANCHISE TAX BOARD BANKRUPCY, BE MS A345 P.O. BOX 2952 SACRAMENTO , CA 95812-2952 | FORM 565 FYE 12/31/13 ID#95-4647988 | 2820-000 | | 800.00 | 289,241.53 |
| 04/10/2014 | 200003 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NOL. 3667 STORAGE INVOICE 9/1/13 TO 3/31/14 - INVOICE#S 17431, 17663, 17892, 18122, 18355, 18586, 18823 | 2410-000 | | 315.00 | 288,926.53 |
| *04/15/2014 | 200004 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NOL. 3667 Reversal STORAGE INVOICE  3/1/14 TO 3/31/14 | 2410-000 | | 45.00 | 288,881.53 |
| 04/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 431.50 | 288,450.03 |
| 05/12/2014 | 200005 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 STORAGE INVOICE  4/1/14 TO 4/30/14 | 2410-000 | | 45.00 | 288,405.03 |
| | | | Page Subtotals | | 290,454.52 | 2,049.49 | |

UST Form 101-7-TDR (10/1/2010) (Page 15)                                   **Exhibit 9**

**FORM 3**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-19542 | | | Trustee Name: | David K. Gottlieb |
|---|---|---|---|---|---|
| Case Name: | YACOOBIAN ENTERPRISES LP | | | Bank Name: | Union Bank |
| | | | | Account Number/CD#: | ******8578 Checking Account |
| Taxpayer ID No: | **-***7988 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/5/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/27/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 416.49 | 287,988.54 |
| 06/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 428.66 | 287,559.88 |
| 07/14/2014 | 200006 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO 3667 STORAGE INVOICE  6/14 TO 630/14 | 2410-000 | | 45.00 | 287,514.88 |
| 07/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 414.17 | 287,100.71 |
| 08/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 427.31 | 286,673.40 |
| *09/09/2014 | 200007 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO 3667 STORAGE INVOICE  MAY 2014 AND AUGUST 2014 INVOICE NOS. 19290 AND 20006 | 2410-000 | | 90.00 | 286,583.40 |
| 09/24/2014 | 200008 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | CHAPTER 7 BLANKET BOND | 2300-000 | | 53.65 | 286,529.75 |
| 09/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 426.64 | 286,103.11 |
| 10/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 412.28 | 285,690.83 |

|  |  | Page Subtotals | 0.00 | 2,714.20 |
|---|---|---|---|---|

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 10-19542 | |
| **Case Name:** YACOOBIAN ENTERPRISES LP | |
| **Taxpayer ID No:** **-***7988 | |
| **For Period Ending:** 1/5/2018 | |

| | |
|---|---|
| **Trustee Name:** David K. Gottlieb |
| **Bank Name:** Union Bank |
| **Account Number/CD#:** ******8578 Checking Account |
| **Blanket bond (per case limit):** 5,000,000.00 |
| **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 425.35 | 285,265.48 |
| 12/10/2014 | 200009 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 STORAGE INVOICE  NOVEMBER 2014  INVOICE NO. 20778 | 2410-000 | | 45.00 | 285,220.48 |
| 12/26/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 411.00 | 284,809.48 |
| 01/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 424.04 | 284,385.44 |
| 02/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 423.39 | 283,962.05 |
| *02/26/2015 | 200010 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans , LA 70139 | Trustee Blanket Bond | 2300-000 | | 338.70 | 283,623.35 |
| *02/26/2015 | | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans , LA 70139 | Trustee Blanket Bond Reversal | 2300-000 | | (338.70) | 283,962.05 |
| 02/27/2015 | 200011 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans , LA 70139 | Trustee Bond | 2300-000 | | 342.83 | 283,619.22 |
| | | | Page Subtotals | | 0.00 | 2,071.61 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)

**Exhibit 9**

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 10-19542 | | | | **Trustee Name:** David K. Gottlieb | | |
| **Case Name:** YACOOBIAN ENTERPRISES LP | | | | **Bank Name:** Union Bank | | |
| | | | | **Account Number/CD#:** ******8578 Checking Account | | |
| **Taxpayer ID No:** **-***7988 | | | | **Blanket bond (per case limit):** 5,000,000.00 | | |
| **For Period Ending:** 1/5/2018 | | | | **Separate bond (if applicable):** 0.00 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/10/2015 | 200012 | FRANCHISE TAX BOARD<br>PO Box 2952<br>Sacramento , CA 95812-2952 | form 565 fye 12/31/14 per general orderEIN# 95-4647988 | 2820-000 | | 800.00 | 282,819.22 |
| 03/10/2015 | 200013 | UNITED RECORDS MANAGEMENT<br>28470 WITHERSPOON PARKWAY<br>VALENCIA , CA 91355 | ACCOUNT NO  3667<br>STORAGE INVOICE  FEBRUARY 2015 INVOICE NO. 21570 | 2410-000 | | 45.00 | 282,774.22 |
| 03/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 381.88 | 282,392.34 |
| 04/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 421.76 | 281,970.58 |
| 05/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 406.29 | 281,564.29 |
| 06/16/2015 | 200014 | UNITED RECORDS MANAGEMENT<br>28470 WITHERSPOON PARKWAY<br>VALENCIA , CA 91355 | ACCOUNT NO  3667<br>STORAGE INVOICE  MAY 2015 INV# 22452 | 2410-000 | | 45.00 | 281,519.29 |
| 06/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 419.18 | 281,100.11 |
| 07/10/2015 | 200015 | UNITED RECORDS MANAGEMENT<br>28470 WITHERSPOON PARKWAY<br>VALENCIA , CA 91355 | ACCOUNT NO  3667<br>STORAGE INVOICE  JUNE 2015 INV.22754 | 2410-000 | | 45.00 | 281,055.11 |
| 07/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 405.06 | 280,650.05 |
| | | | Page Subtotals | | 0.00 | 2,969.17 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-19542 | | | Trustee Name: | David K. Gottlieb | |
| Case Name: | YACOOBIAN ENTERPRISES LP | | | Bank Name: | Union Bank | |
| | | | | Account Number/CD#: | ******8578 Checking Account | |
| Taxpayer ID No: | **-***7988 | | | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 1/5/2018 | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/11/2015 | 200016 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 STORAGE INVOICE  JULY 2015 INV. NO. 0023059 | 2410-000 | | 45.00 | 280,605.05 |
| 08/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 417.87 | 280,187.18 |
| 09/09/2015 | 200017 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0023370 STORAGE INVOICE  August 2015 | 2410-000 | | 45.00 | 280,142.18 |
| 09/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 417.15 | 279,725.03 |
| 10/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 403.05 | 279,321.98 |
| 10/27/2015 | 200018 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0023683 STORAGE INVOICE  September 2015 | 2410-000 | | 45.00 | 279,276.98 |
| 11/10/2015 | 200019 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0023992 STORAGE INVOICE  10/1/2015 - 10/31/2015 | 2410-000 | | 45.00 | 279,231.98 |
| 11/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 415.84 | 278,816.14 |
| | | | Page Subtotals | | 0.00 | 1,833.91 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-19542 | |
| Case Name: | YACOOBIAN ENTERPRISES LP | |
| Taxpayer ID No: | **-***7988 | |
| For Period Ending: | 1/5/2018 | |

| | |
|---|---|
| Trustee Name: | David K. Gottlieb |
| Bank Name: | Union Bank |
| Account Number/CD#: | ******8578 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/07/2015 | 200020 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0024306 STORAGE INVOICE  11/1/2015 - 11/30/2015 | 2410-000 | | 45.00 | 278,771.14 |
| 12/28/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 401.74 | 278,369.40 |
| 01/07/2016 | 200021 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0024624 STORAGE INVOICE  12/1/2015 - 12/31/2015 | 2410-000 | | 45.00 | 278,324.40 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 414.49 | 277,909.91 |
| 02/09/2016 | 200022 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0024943 STORAGE INVOICE  1/1/2016 to 1/31/2016 | 2410-000 | | 45.00 | 277,864.91 |
| *02/13/2016 | | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NOL. 3667 Reversal Reversal STORAGE INVOICE  3/1/14 TO 3/31/14 | 2410-000 | | (45.00) | 277,909.91 |
| *02/13/2016 | | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO 3667 Reversal STORAGE INVOICE  MAY 2014 AND AUGUST 2014 INVOICE NOS. 19290 AND 20006 | 2410-000 | | (90.00) | 277,999.91 |
| 02/16/2016 | 200023 | International Sureties LTD 701 Poydras St. Suite 420 New Orleans , LA 70139 | Chap. 7 Blanket Bond - Bond No. 016030866 - Term: 1/4/2016 - 1/4/2017 | 2300-000 | | 180.67 | 277,819.24 |
| | | | Page Subtotals | | 0.00 | 996.90 | |

UST Form 101-7-TDR (10/1/2010) (Page 20)                                    **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-19542 | | Trustee Name: | David K. Gottlieb |
|---|---|---|---|---|
| Case Name: | YACOOBIAN ENTERPRISES LP | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******8578 Checking Account |
| Taxpayer ID No: | **-***7988 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/5/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 412.63 | 277,406.61 |
| 03/03/2016 | 200024 | FRANCHISE TAX BOARD Bankruptcy, BE MS A345 PO Box 2952 Sacramento , CA 95812-2952 | Form 565- Partnership Return of Income - For the Year Ended December 31, 2015 | 2820-000 | | 800.00 | 276,606.61 |
| 03/03/2016 | 200025 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0025259 STORAGE INVOICE  2/1/2016 - 2/29/2016 | 2410-000 | | 45.00 | 276,561.61 |
| 03/03/2016 | 200026 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0019290 STORAGE INVOICE  5/1/2014 - 5/31/2014 | 2410-000 | | 45.00 | 276,516.61 |
| 03/03/2016 | 200027 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0019766 STORAGE INVOICE  7/1/2014 - 7/31/2014 | 2410-000 | | 45.00 | 276,471.61 |
| 03/03/2016 | 200028 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0020006 STORAGE INVOICE  8/1/2014 - 8/31/2014 | 2410-000 | | 45.00 | 276,426.61 |
| 03/03/2016 | 200029 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0020260 STORAGE INVOICE  9/1/2014 - 9/30/2014 | 2410-000 | | 45.00 | 276,381.61 |

|  |  | Page Subtotals | 0.00 | 1,437.63 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page 21)                    **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **10-19542** | Trustee Name: **David K. Gottlieb** |
| Case Name: **YACOOBIAN ENTERPRISES LP** | Bank Name: **Union Bank** |
| | Account Number/CD#: ********8578 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*7988** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **1/5/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2016 | 200030 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 00250518STORAGE INVOICE  10/1/2014 - 10/31/2014 | 2410-000 | | 45.00 | 276,336.61 |
| 03/03/2016 | 200031 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0021037 STORAGE INVOICE  12/1/2014 - 12/31/2014 | 2410-000 | | 45.00 | 276,291.61 |
| 03/03/2016 | 200032 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0021301 STORAGE INVOICE  1/1/2015 - 1/31/2015 | 2410-000 | | 45.00 | 276,246.61 |
| 03/03/2016 | 200033 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0021858 STORAGE INVOICE  3/1/2015 - 3/31/2015 | 2410-000 | | 45.00 | 276,201.61 |
| 03/03/2016 | 200034 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0022148 STORAGE INVOICE  4/1/2015 - 4/30/2015 | 2410-000 | | 45.00 | 276,156.61 |
| 03/04/2016 | | U.S. District Court, Los Angeles, CA | Turnover of Settlement Funds from CourtTurnover of Funds | | 3,737,813.41 | | 4,013,970.02 |
| | [2] | | Sr. et al v. U.S. District Court, Los Angeles, CA - Litigation - Martin C. Yacoobian, Sr. et al v.    4,650,313.41 | 1249-000 | | | |
| | | | Bertha Yacoobian carveout from EBG Fees - Funds held by District Court - Turnover of Settlement Funds from    (100,000.00) | 7100-000 | | | |
| | | | Page Subtotals | | 3,737,813.41 | 225.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  **10-19542**
Case Name:  **YACOOBIAN ENTERPRISES LP**

Taxpayer ID No:  **\*\*-\*\*\*7988**
For Period Ending:  **1/5/2018**

Trustee Name:  **David K. Gottlieb**
Bank Name:  **Union Bank**
Account Number/CD#:  **\*\*\*\*\*\*8578 Checking Account**
Blanket bond (per case limit):  **5,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Yacoobian Parties - Funds Held by District Court - Turnover of Settlement Funds from   (812,500.00) | 7100-000 | | | |
| 03/15/2016 | 200035 | EZRA BRUTZKUS GUBNER LLP 21650 OXNARD STREET, SUITE 500 WOODLAND HILLS , CA 91367 | Special Litigation Counsel Expenses - Per Order Entered 2/26/2016 | 3992-000 | | 150,000.00 | 3,863,970.02 |
| 03/15/2016 | 200036 | EZRA BRUTZKUS GUBNER LLP 21650 OXNARD STREET, SUITE 500 WOODLAND HILLS , CA 91367 | Special Litigation Counsel Fees - Per Order Entered 2/26/2016 | 3991-000 | | 2,000,000.00 | 1,863,970.02 |
| 03/15/2016 | 200037 | Cappello & Noel II, LLP 831 State Street Santa Barbara , CA 93101 | Payment of  all Claims of C&N, against the YELP Bankruptcy Estate, the M. Yacoobian Bankruptcy Estate, and the non debtor Yacoobian Parties - Per Order Entered 2/26/2016;including, as payment of all claims, attorneys' fees and costs due and owed to C&N for both the State Court Action, and the other unrelated matters for which Cappello represented some, but not all of the non debtor Yacoobian | 4220-000 | | 375,000.00 | 1,488,970.02 |
| 03/15/2016 | 200038 | Diane C. Weil, Chap. 7 TTE for Martin C. Yacoobian, Jr. 16000 Ventura Boulevard Suite 1000 Encino , CA 91436-2744 | Distribution of Settlement Proceeds - Per Order Entered 2/26/2016TIN:  30-6512030 | 7100-000 | | 325,000.00 | 1,163,970.02 |
| 03/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 385.35 | 1,163,584.67 |
| | | | Page Subtotals | | 3,737,813.41 | 2,850,385.35 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | **10-19542** | |
| Case Name: | **YACOOBIAN ENTERPRISES LP** | |
| Taxpayer ID No: | **\*\*-\*\*\*7988** | |
| For Period Ending: | **1/5/2018** | |

| | |
|---|---|
| Trustee Name: | **David K. Gottlieb** |
| Bank Name: | **Union Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*8578 Checking Account** |
| Blanket bond (per case limit): | **5,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/11/2016 | 200039 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO 3667 - INV. NO. 0025620 STORAGE INVOICE 3/1/2016 - 3/31/2016 | 2410-000 | | 45.00 | 1,163,539.67 |
| 04/14/2016 | 200040 | International Sureties LTD 701 Poydras St., Ste. 420 New Orleans , LA 70139 | Chapter 7 Blanket Bond - Bond No. 016030866 - Term: 1/4/16 - 1/4/17 | 2300-000 | | 73.03 | 1,163,466.64 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 3,408.64 | 1,160,058.00 |
| 05/05/2016 | 200041 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO 3667 - INV. NO. 0025994 STORAGE INVOICE 4/1/2016 - 4/30/2016 | 2410-000 | | 45.00 | 1,160,013.00 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,668.05 | 1,158,344.95 |
| 06/07/2016 | 200042 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO 3667 - INV. NO. 0026367 STORAGE INVOICE 5/1/2016 - 5/31/2016 | 2410-000 | | 45.00 | 1,158,299.95 |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,718.88 | 1,156,581.07 |
| 07/14/2016 | 200043 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO 3667 - INV. NO. 0026735 STORAGE INVOICE 6/1/2016 - 6/30/2016 | 2410-000 | | 45.00 | 1,156,536.07 |
| | | | Page Subtotals | | 0.00 | 7,048.60 | |

UST Form 101-7-TDR (10/1/2010) (Page 24)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No:** 10-19542 | | **Trustee Name:** David K. Gottlieb | |
| **Case Name:** YACOOBIAN ENTERPRISES LP | | **Bank Name:** Union Bank | |
| | | **Account Number/CD#:** ******8578 Checking Account | |
| **Taxpayer ID No:** **-***7988 | | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 1/5/2018 | | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,661.20 | 1,154,874.87 |
| 08/05/2016 | 200044 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0027116 STORAGE INVOICE  7/1/2016 - 7/31/2016 | 2410-000 | | 45.00 | 1,154,829.87 |
| *08/22/2016 | 200045 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - Re: Destruction of Books and Records | 2410-000 | | 56.25 | 1,154,773.62 |
| 08/22/2016 | 200046 | FRANCHISE TAX BOARD Bankruptcy, BE MS A345 P.O. Box 2952 Sacramento , CA 95812-2952 | Form 565 - TYE 4/30/2016 | 2820-000 | | 800.00 | 1,153,973.62 |
| 08/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,713.75 | 1,152,259.87 |
| *09/16/2016 | | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - Re: Destruction of Books and Records Reversal | 2410-000 | | (56.25) | 1,152,316.12 |
| 09/26/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,711.20 | 1,150,604.92 |
| 09/27/2016 | 200047 | UNITED RECORDS MANAGEMENT 28470 WITHERSPOON PARKWAY VALENCIA , CA 91355 | ACCOUNT NO  3667 - INV. NO. 0027493 - Destruction of Books and RecordsFrom: 8/1/2016 - 8/31/2016 | 2410-000 | | 56.25 | 1,150,548.67 |
| | | | Page Subtotals | | 0.00 | 5,987.40 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 10-19542 | **Trustee Name:** David K. Gottlieb | |
| **Case Name:** YACOOBIAN ENTERPRISES LP | **Bank Name:** Union Bank | |
| | **Account Number/CD#:** ******8578 Checking Account | |
| **Taxpayer ID No:** **-***7988 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 1/5/2018 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *10/24/2016 | 200048 | FRANCHISE TAX BOARD Bankruptcy, BE MS A345 P.O. Box 2952 Sacramento , CA 95812-2952 | Form 565 - TYE 4/30/2016 - FEIN: 95-4647986 - Notice Number: 5872534160914Per General Order | 2820-000 | | 50.43 | 1,150,498.24 |
| 10/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,653.23 | 1,148,845.01 |
| 11/02/2016 | 200049 | FRANCHISE TAX BOARD Bankruptcy, BE MS A345 P.O. Box 2952 Sacramento , CA 95812-2952 | Form 565 - TYE 4/30/2016 - FEIN: 95-4647986 - Notice Number: 5872534160914 | 2820-000 | | 44.99 | 1,148,800.02 |
| *11/02/2016 | | FRANCHISE TAX BOARD Bankruptcy, BE MS A345 P.O. Box 2952 Sacramento , CA 95812-2952 | Form 565 - TYE 4/30/2016 - FEIN: 95-4647986 - Notice Number: 5872534160914 ReversalRemaining tax liability is $44.99 per email from Constance Mantsch at the FTB.  Check will be reissued for the correct amount. | 2820-000 | | (50.43) | 1,148,850.45 |
| 11/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,704.85 | 1,147,145.60 |
| 01/23/2017 | 200050 | International Sureties Ltd. 701 Poydras St. Suite 420 New Orleans , LA 70139 | Chap. 7 Blanket Bond - Bond No. 016030866 - Term:  1/4/2017 - 1/4/2015 | 2300-000 | | 660.36 | 1,146,485.24 |
| 06/29/2017 | 200051 | DAVID K. GOTTLIEB 15233 VENTURA BOULEVARD SHERMAN OAKS , CA 91403-2201 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 171,527.24 | 974,958.00 |
| | | | Page Subtotals | | 0.00 | 175,590.67 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **10-19542** | Trustee Name: **David K. Gottlieb** | |
| Case Name: **YACOOBIAN ENTERPRISES LP** | Bank Name: **Union Bank** | |
| | Account Number/CD#: ********8578 Checking Account** | |
| Taxpayer ID No: **\*\*-\*\*\*7988** | Blanket bond (per case limit): **5,000,000.00** | |
| For Period Ending: **1/5/2018** | Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/29/2017 | 200052 | UNITED STATES BANKRUPTCY COURT 21041 BURBANK BLVD. WOODLAND HILLS , CA 91367-6603 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | 1,479.00 | 973,479.00 |
| 06/29/2017 | 200053 | PEITZMAN WEG LLP 2049 CENTURY PARK EAST SUITE 3400 LOS ANGELES , CA 90067 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | 64,711.50 | 908,767.50 |
| 06/29/2017 | 200054 | Robins Kaplan LLP 2049 Century Park East, Ste. 3400 Los Angeles , CA 90067-3208 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | 264,796.46 | 643,971.04 |
| 06/29/2017 | 200055 | PEITZMAN WEG LLP 2049 CENTURY PARK EAST SUITE 3400 LOS ANGELES , CA 90067 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | 965.55 | 643,005.49 |
| 06/29/2017 | 200056 | Robins Kaplan LLP 2049 Century Park East, Ste. 3400 Los Angeles , CA 90067-3208 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | 1,362.26 | 641,643.23 |
| 06/29/2017 | 200057 | CROWE HORWATH LLP 15233 VENTURA BLVD., 9TH FLOOR SHERMAN OAK , CA 91403 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | 31,385.70 | 610,257.53 |
| 06/29/2017 | 200058 | CROWE HORWATH LLP 15233 VENTURA BLVD., 9TH FLOOR SHERMAN OAK , CA 91403 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | 83.92 | 610,173.61 |

|  | | | Page Subtotals | | 0.00 | 364,784.39 | |

UST Form 101-7-TDR (10/1/2010) (Page 27)                                    **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **10-19542**

Case Name: **YACOOBIAN ENTERPRISES LP**

Taxpayer ID No: **\*\*-\*\*\*7988**

For Period Ending: **1/5/2018**

Trustee Name: **David K. Gottlieb**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*8578 Checking Account**

Blanket bond (per case limit): **5,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/29/2017 | 200059 | Weintraub & Selth APC<br>11766 Wilshire Boulevard<br>Suite 1170<br>Los Angeles , CA 90025 | Final distribution representing a payment of 100.00 % per court order. | 6210-000 | | 27,416.16 | 582,757.45 |
| 06/29/2017 | 200060 | WEISS & SPEES, LLP<br>1925 CENTURY PARK EAST<br>SUITE 650<br>LOS ANGELES , CA 90067 | Final distribution representing a payment of 100.00 % per court order. | 6700-000 | | 5,914.78 | 576,842.67 |
| 06/29/2017 | 200061 | DAVID K. GOTTLIEB<br>15233 VENTURA BOULEVARD<br>SHERMAN OAKS , CA 91403-2201 | Final distribution representing a payment of 100.00 % per court order. | 6101-000 | | 20,036.78 | 556,805.89 |
| 06/29/2017 | 200062 | PEITZMAN WEG LLP<br>2049 CENTURY PARK EAST<br>SUITE 3400<br>LOS ANGELES , CA 90067 | Final distribution representing a payment of 100.00 % per court order. | 6210-000 | | 333,332.15 | 223,473.74 |
| 06/29/2017 | 200063 | PEITZMAN WEG LLP<br>2049 CENTURY PARK EAST<br>SUITE 3400<br>LOS ANGELES , CA 90067 | Final distribution representing a payment of 100.00 % per court order. | 6220-000 | | 5,285.81 | 218,187.93 |
| 06/29/2017 | 200064 | CROWE HORWATH LLP<br>15233 VENTURA BLVD., 9TH FLOOR<br>SHERMAN OAK , CA 91403 | Final distribution representing a payment of 100.00 % per court order. | 6410-000 | | 68,124.77 | 150,063.16 |
| | | | Page Subtotals | | 0.00 | 460,110.45 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 10-19542 | |
| **Case Name:** YACOOBIAN ENTERPRISES LP | |
| **Taxpayer ID No:** **-***7988 | |
| **For Period Ending:** 1/5/2018 | |

| | |
|---|---|
| **Trustee Name:** David K. Gottlieb |
| **Bank Name:** Union Bank |
| **Account Number/CD#:** ******8578 Checking Account |
| **Blanket bond (per case limit):** 5,000,000.00 |
| **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/29/2017 | 200065 | CROWE HORWATH LLP<br>15233 VENTURA BLVD., 9TH FLOOR<br>SHERMAN OAK , CA 91403 | Final distribution representing a payment of 100.00 % per court order. | 6420-000 | | 63.16 | 150,000.00 |
| 06/29/2017 | 200066 | La City Attys Ofc<br>Attn Wendy Loo<br>200 N Main St Ste 920<br>La , Ca 90012 | Final distribution to claim 14 representing a payment of 100.00 % per court order. | 6820-000 | | 1,708.27 | 148,291.73 |
| 06/29/2017 | 200067 | Employment Development Department<br>Bankruptcy Group Mic 92E, Po Box 826880<br>Sacramento , Ca 95814 | Final distribution to claim 16 representing a payment of 100.00 % per court order. | 6820-000 | | 28,939.78 | 119,351.95 |
| 06/29/2017 | 200068 | INTERNAL REVENUE SERVICE<br>300 North Los Angeles Street<br>M/S 5022<br>Los Angeles , CA 90012 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5800-000 | | 59,963.96 | 59,387.99 |
| 06/29/2017 | 200069 | La City Attys Ofc<br>Attn Wendy Loo<br>200 N Main St Ste 920<br>La , Ca 90012 | Final distribution to claim 14 representing a payment of 100.00 % per court order. | 5800-000 | | 725.25 | 58,662.74 |
| *06/29/2017 | 200070 | Golden State Elevator, Inc.<br>16146 Runnymede Street<br>Van Nuys , Ca 91406 | Final distribution to claim 1 representing a payment of 5.73 % per court order. | 7100-000 | | 135.00 | 58,527.74 |

|  | Page Subtotals | 0.00 | 91,535.42 | |
|---|---|---|---|---|

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 10-19542 | **Trustee Name:** David K. Gottlieb | |
| **Case Name:** YACOOBIAN ENTERPRISES LP | **Bank Name:** Union Bank | |
| | **Account Number/CD#:** ******8578 Checking Account | |
| **Taxpayer ID No:** **-***7988 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 1/5/2018 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *06/29/2017 | 200071 | Ontario Development Partners, General Partnership C/O Leon L. Vickman, A Law Corporation 4646 White Oak Avenue Encino , Ca 91316 | Final distribution to claim 2 representing a payment of 5.73 % per court order. | 7100-000 | | 17,179.81 | 41,347.93 |
| *06/29/2017 | 200072 | K.G. Investments Inc Law Office Of David A. Tilem 206 N Jackson St Glendale , Ca 91206 | Final distribution to claim 4 representing a payment of 5.73 % per court order. | 7100-000 | | 1,431.65 | 39,916.28 |
| 06/29/2017 | 200073 | INTERNAL REVENUE SERVICE 300 North Los Angeles Street M/S 5022 Los Angeles , CA 90012 | Final distribution to claim 6 representing a payment of 5.73 % per court order. | 7100-000 | | 1,155.16 | 38,761.12 |
| 06/29/2017 | 200074 | Sarah A Rustam And Mardi A Rustam As Grantors Of Sarah A Rustam/Mardia Rustam Living Trus C/O Blake J. Lindemann 433 N. Camden Drive, 4th Floor Beverly Hills , CA 90210 | Final distribution to claim 13 representing a payment of 5.73 % per court order. | 7100-000 | | 22,906.42 | 15,854.70 |
| *06/29/2017 | 200075 | Dumaine 9, Llc C/O Richard Schloss, Reeder Lu Llp 2121 Avenue Of The Stars, Suite 950 Los Angeles , Ca 90067 | Final distribution to claim 15 representing a payment of 5.73 % per court order. | 7100-000 | | 15,805.43 | 49.27 |

|  |  | Page Subtotals | 0.00 | 58,478.47 | |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page 30)                    **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 10-19542 | **Trustee Name:** David K. Gottlieb |
| **Case Name:** YACOOBIAN ENTERPRISES LP | **Bank Name:** Union Bank |
| | **Account Number/CD#:** ******8578 Checking Account |
| **Taxpayer ID No:** **-***7988 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 1/5/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/29/2017 | 200076 | Sprint Nextel<br>Attn Bankruptcy Dept<br>Po Box 7949<br>Overland Park , Ks 66207-0949 | Final distribution to claim 17 representing a payment of 5.73 % per court order. | 7100-000 | | 49.27 | 0.00 |
| 11/14/2017 | 200077 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | 34,551.89 | (34,551.89) |
| | | | (17,179.81) | 7100-001 | | | |
| | | | (1,431.65) | 7100-001 | | | |
| | | | (15,805.43) | 7100-001 | | | |
| | | | (135.00) | 7100-001 | | | |
| *11/14/2017 | | Golden State Elevator, Inc.<br>16146 Runnymede Street<br>Van Nuys , Ca 91406 | Final distribution to claim 1 representing a payment of 5.73 % per court order. Reversal | 7100-000 | | (135.00) | (34,416.89) |
| *11/14/2017 | | Ontario Development Partners, General Partnership<br>C/O Leon L. Vickman, A Law Corporation<br>4646 White Oak Avenue<br>Encino , Ca 91316 | Final distribution to claim 2 representing a payment of 5.73 % per court order. Reversal | 7100-000 | | (17,179.81) | (17,237.08) |
| *11/14/2017 | | K.G. Investments Inc<br>Law Office Of David A. Tilem<br>206 N Jackson St<br>Glendale , Ca 91206 | Final distribution to claim 4 representing a payment of 5.73 % per court order. Reversal | 7100-000 | | (1,431.65) | (15,805.43) |
| | | | Page Subtotals | | 0.00 | 15,854.70 | |

**FORM 3**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-19542 | | Trustee Name: | David K. Gottlieb |
| Case Name: | YACOOBIAN ENTERPRISES LP | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******8578 Checking Account |
| Taxpayer ID No: | **-***7988 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/5/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *11/14/2017 | | Dumaine 9, Llc C/O Richard Schloss, Reeder Lu Llp 2121 Avenue Of The Stars, Suite 950 Los Angeles , Ca 90067 | Final distribution to claim 15 representing a payment of 5.73 % per court order. Reversal | 7100-000 | | (15,805.43) | 0.00 |

| | | Page Subtotals | 0.00 | (15,805.43) |
|---|---|---|---|---|

| | COLUMN TOTALS | 4,028,267.93 | 4,028,267.93 |
|---|---|---|---|
| | Less:Bank Transfer/CD's | 290,454.52 | 0.00 |
| | SUBTOTALS | 3,737,813.41 | 4,028,267.93 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 3,737,813.41 | 4,028,267.93 |

| All Accounts Gross Receipts: | 4,942,574.63 |
|---|---|
| All Accounts Gross Disbursements: | 4,942,574.63 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******8578 Checking Account | 3,737,813.41 | 4,028,267.93 | |
| ******2971 Checking Account | 292,261.22 | 1,806.70 | |
| Net Totals | 4,030,074.63 | 4,030,074.63 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 32)                                    **Exhibit 9**